AO 91 (Rev. 5/85) Criminal Complaint

*mueller* *9579*

AUSA ~~McQuade~~ (313) 226-~~9725~~

# United States District Court

____Eastern____ **DISTRICT OF** ____Michigan____

UNITED STATES OF AMERICA

v.

KIYOSHK, Paul Wade
KIYOSHK, Gretta Angen

(Name and Address of Defendant)

## CRIMINAL COMPLAINT

CASE NUMBER: 05 - 80307

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **March 26, 2005** in **St. Clair** county, in the **Eastern** District of **Michigan** defendant (s), did (Track Statutory Language of Offense)

did knowingly and in reckless disregard of the fact that an alien has come to, entered, or remains in the United States in violation of law, attempted to transport or move such aliens, to wit: two female citizens from the Peoples Republic of China, in Harsen's Island, Michigan, all within the United States, in furtherance of such violation of law, all

A TRUE COPY
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

BY _____
DEPUTY CLERK

in violation of Title 8  USC United States Code Section(s):1324(1)(A)(ii)

I further state that I am a **Senior Patrol Agent** and that this complaint is
OFFICIAL TITLE
based on the following facts:

See attached Affidavit  **Continued on the attached sheet and made a part hereof:**
☒ Yes      ☐ No

_____
SIGNATURE OF COMPLAINANT

Sworn to before me and subscribed in my presence

Francisco S. Renteria

____3/28/05____
Date

____Detroit, Michigan____
City and State

____U.S. Magistrate____
Name and Title of Judicial Officer

_____
Signature of Judicial Officer

FILED
MAR 2 8 2005
CLERK'S OFFICE
DETROIT

AFFIDAVIT

1. I, Francisco S. Renteria, am currently employed by the Department of Homeland Security, U.S. Border Patrol as a Senior Patrol Agent at Port Huron, Michigan. I have been an Agent with the Border Patrol since July 1995. I know the following to be true through personal knowledge and investigation.

2. The information in this affidavit is presented for the limited purpose of establishing probable cause. This affidavit, therefore, may not contain all of the information gathered during this investigation.

3. On March 26, 2005 at approximately 2015 hrs, Senior Patrol Agent Steven Passement received information from a reliable source that a grey Chevrolet vehicle bearing Ontario plates ATSE 901 occupied by a single female had boarded the Harsen's Island auto ferry and was behaving in an extremely nervous fashion. This valuable source has previously provided highly reliable information, which has led to several productive alien smuggling cases. The source told Agent Passement that the female was displaying a high degree of nervousness in that she appeared to be in a hurry to get onto the island and paid the operator twice the amount of the fair. The grey vehicle went onto the Island, and a short time after, returned back to the ferry to return to the mainland in Algonac, MI. At this point the grey vehicle was now occupied with the female driver and what appeared to be a male subject of Indian descent traveling southbound on State Highway M-29 towards New Baltimore, MI.

4. Agent Passement contacted Senior Patrol Agent Scott Butler and related the information. Agent Butler put the information out to agents in the area via service radio. Senior Patrol Agent Francisco S. Renteria was positioned in New Baltimore when he observed a grey Chevrolet Malibu bearing Ontario plates ATSE 901 occupied with two individuals. The vehicle was traveling south on M-29/23 mile road. Agent Renteria related this information to Agent Butler who was in the immediate area. Agent Renteria continued to follow the vehicle on 23 Mile Road into Chesterfield Township, MI. The grey vehicle pulled into a BP gas station located at 33925 23 Mile Road Chesterfield Township, MI.

Agent Butler arrived to the location and as he approached the grey Chevrolet, the female driver was on a public pay phone conversing with someone. Agent Renteria pulled up along Agent Butler's marked Border Patrol unit.

5. Agent Butler questioned the female driver and male passenger as to their citizenship. The female driver stated that she was a Native American and produced a Canadian Certificate of Indian Status identification card bearing the name of KIYOSHK, Gretta Angen DOB: 02/13/1972. The male passenger presented an Ontario Health card bearing the name of SHOBWAY, Lonnie Ray DOB: April 8, 1956. As Agent Butler returned to his service vehicle to run checks, Agent Renteria approached the driver's door and identified himself as a Border Patrol Agent. Agent Renteria asked subject GRETTA KIYOSHK how long she was on Harsen's Island she appeared to be extremely nervous as she fondled with her keys and hesitated with her response. She stated that she was on the island for "one". Agent Renteria asked her for one what? GRETTA KIYOSHK hesitantly stated for "one drink" Agent Renteria asked her who the passenger was. She stated that the male passenger was her

brother. Agent Renteria asked her where she was going. She stated that she was going shopping. Agent Renteria asked subject GRETTA KIYOSHK for consent to search the interior of the vehicle and the trunk of her vehicle. Subject GRETTA KIYOSHK hesitated with her response and stated that she would not give consent to search her vehicle and that she wanted to continue go shopping.

6. Agent Renteria related this information to Agent Butler. Agent Butler related to Agent Renteria that the name of SHOBWAY has been known to be involved in previous narcotics and alien smuggling cases. Based on this information on Shobway, the reliable information given by the credible source, due to the driver's nervous behavior, hesitant responses, and her not giving consent to search her vehicle, and Agent Renteria's previous experience, this led Agent Renteria to believe that illegal activity exists. Agent Butler contacted K-9 handler Senior Patrol Agent Michael Shoen for further assistance.

7. At approximately 2050 hrs. Agent Shoen and his K-9 "OT" arrived to the scene to conduct a canine sniff of the vehicle's exterior. K-9 OT is trained to alert for narcotics and the current presence of humans. GRETTA KIYOSHK and SHOBWAY were out of the vehicle during the canine sniff. During the canine sniff of the vehicle's exterior, K-9 OT alerted to the driver's door and the passenger rear door of the vehicle. K-9 OT entered the rear seat portion of the car where he alerted to and indicated to the deck area above the rear seat of the car.

8. GRETTA KIYOSHK then used her key fob to release the truck latch. As Agent Butler slowly allowed the trunk to open, he observed what appeared to be sleeping bags thrown over an object. As Agent Butler cautiously uncovered the object, Agent Butler observed two females lying on the floor of the trunk. The two females appeared to be of Asian decent. The two females were immediately removed from the freezing temperatures of the vehicle's trunk compartment. The two individuals stated that they were citizens and nationals of the Peoples Republic of China. They also stated that they were not in possession of any passports or visas allowing them to be or remain in the United States legally.

9. The driver and passenger were placed under arrest and taken into service custody. The vehicle occupants to include the illegal aliens were transported to the Port Huron Border Station for further processing. While at the station, the driver and passenger were advised of their rights as per form I-214 by SBPA MichelleVan Gorder. Both individuals acknowledged having understood their rights but declined to give any statements. The passenger related to agents that his true and correct name is KIYOSHK, Paul Wade DOB: 08/14/1968. The two illegal aliens refused to make any statements and refused to sign any and all documents. Gretta Angen KIYOSHK was driving a grey 1998 Chevrolet Malibu with Ontario registration# ATSE 901 and vehicle identification number 1G1NE52M7W6256221. The vehicle was used to facilitate the furtherance of entry and transportation of the three illegal aliens found within, in violation of 8 USC 1324(1)(A)(ii), and is subject to forfeiture as per 8 USC 1324(b)(1).

2

Based on the foregoing, the affiant has probable cause to believe that GRETTA ANGEN KIYOSHK and PAUL WADE KIYOSHK, in violation of 8 USC 1324 (1)(A)(ii), did knowingly and in reckless disregard of the fact that an alien has come to, entered, or remains in the United States in violation of law, transport or move or attempt to transport or move such aliens within the United States by means of transportation or otherwise, in furtherance of such violation of law, all in violation of 8USC 1324(1)(A)(ii).

That further affiant sayeth not.

Francisco S. Rentería
Senior Patrol Agent

Sworn to before me and subscribed in my presence on this 28th day of March 2005.

United States Magistrate Judge

3